UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLOTTE REIDER            CIVIL ACTION

VERSUS

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN        NO. 23-01547-BAJ-RLB

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 37, the "Report")** recommending that the Court dismiss the above-captioned matter without prejudice for failure to comply with Court Orders under Local Civil Rule 41(b). There are no objections to the Report.

After considering Plaintiff's Complaint, the Court's Orders, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court Orders.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 16th day of September, 2025.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA